### 68040. ROGERS v. ROGERS.

DEEN, Presiding Judge.

As nothing has been filed in this case other than the record and appellant has not responded to an order of this court to file an enumeration of errors and brief not later than January 16, 1984, the appeal is hereby dismissed.

*Appeal dismissed. McMurray, C. J., and Sognier, J., concur.*

DECIDED FEBRUARY 15, 1984.

*Charles V. Gandy, Jr.,* for appellant.
*Samuel A. Fowler, Jr.,* for appellee.